UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SERGIO MEZA-NEGRETE,

Defendant.
______________________________/

**INDICTMENT**

The Grand Jury charges:

**Aggravated Felon Reentry**

On or about July 28, 2026, in Kent County, in the Western District of Michigan, Southern Division,

SERGIO MEZA-NEGRETE,

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)(A)

A TRUE BILL
[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

DONALD DANIELS
Assistant United States Attorney